No. 104. NEW JERSEY ET AL. *v.* NEW YORK, SUSQUE- HANNA & WESTERN RAILROAD Co. Appeal from the United States District Court for the District of New Jersey. (Probable jurisdiction noted, 370 U. S. 933.) The motion of Railway Labor Executives' Association for leave to file brief, as *amicus curiae,* is granted. *Clarence M. Mulholland, Edward J. Hickey, Jr.* and *James L. Highsaw, Jr.* on the motion. *Vincent P. Biunno* for appellee, in opposition.

No. 491. ANDREWS *v.* UNITED STATES; and

No. 494. DONOVAN *v.* UNITED STATES. Certiorari, *ante,* p. 812, to the United States Court of Appeals for the Second Circuit. The motions for the appointment of counsel are granted and it is ordered that *E. Barrett Prettyman, Jr., Esquire,* of Washington, D. C., a member of the Bar of this Court, be, and he is hereby, appointed to serve as counsel for petitioners in these cases.

No. 573, Misc. IN RE DISBARMENT OF BRODSTEIN. Ellis Brodstein, Esquire, of Reading, Pennsylvania, having resigned as a member of the Bar of this Court, it is ordered that his name be stricken from the roll of attorneys admitted to practice in this Court. The rule to show cause heretofore issued is discharged.

No. 587, Misc. SMITH *v.* RODRIGUEZ. Motion for leave to file petition for writ of habeas corpus denied.

No. 552, Misc. PATTERSON *v.* MAXWELL, WARDEN. Motion for leave to file petition for writ of habeas corpus and for other relief denied.

No. 475, Misc. JACKSON BREWING Co. *v.* CONNALLY, U. S. DISTRICT JUDGE. Motion for leave to file petition for writ of mandamus denied. *Cornelius O. Ryan* for petitioner.